827

No. 103.   WINKLER *v.* PENNSYLVANIA RAILROAD CO. ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 104.   UNITED STATES *v.* CAJO TRADING, INC. C. C. P. A.   Certiorari denied.   *Solicitor General Griswold, Assistant Attorney General Weisl, John C. Eldridge,* and *Robert V. Zener* for the United States.   *James R. Sharp* for respondent.

No. 105.   CONTINENTAL CASUALTY CO. *v.* UNITED STATES FOR THE USE AND BENEFIT OF MINNEAPOLIS-HONEYWELL REGULATOR CO.   C. A. 4th Cir.   Certiorari denied.   *Kahl K. Spriggs* for petitioner.

No. 107.   IANNIELLO *v.* NEW YORK.   Ct. App. N. Y. Certiorari denied.   *Maurice Edelbaum* and *William Sonenshine* for petitioner.   *Frank S. Hogan* and *H. Richard Uviller* for respondent.

No. 110.   KOMITOR *v.* UNITED STATES.   C. A. 2d Cir. Certiorari denied.   *Jerome Lewis* for petitioner.   *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Mervyn Hamburg* for the United States.

No. 111.   SMITH *v.* UNITED STATES.   C. A. 2d Cir. Certiorari denied.   *Philip Blank* for petitioner.   *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States.

No. 118.   VINCE ET UX. *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.   *Solicitor General Griswold* for the United States.